**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Jeremiah Scott,<br><br>    Plaintiff<br><br>v.<br><br>Philip J. Kohn and Steven Grierson,<br><br>    Defendants | 2:17-cv-02645-JAD-GWF<br><br>**Order Adopting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 4] |

    Pro se plaintiff Jeremiah Scott filed this civil-rights case with an incomplete complaint, without paying the $400 filing fee, and without applying to proceed *in forma pauperis*.[1] On October 23, 2017, Magistrate Judge Foley directed the Clerk of Court to send to Scott a pauper application and instructions for filling it out.[2] Judge Foley also warned Scott that failure to pay the filing fee or submit a completed pauper application by November 22, 2017, would result in his recommendation that this case be dismissed.

    That deadline came and went, and Scott did not comply with Judge Foley's order or otherwise heed his warning. So, Judge Foley recommends that I dismiss this case without prejudice.[3] The recommendation was issued on December 1, 2017, making December 15, 2017, the deadline to file objections.[4] This deadline has also expired, and Mr. Scott has not objected. "[N]o review is required of a magistrate judge's report and recommendation unless objections are

---

[1] *See generally* docket report case no. 2:17-cv-026450-JAD-GWF.

[2] ECF No. 3.

[3] ECF No. 4.

[4] *Id.*

filed."[5] Accordingly, IT IS HEREBY ORDERED that Magistrate Judge Foley's report and recommendation **[ECF No. 4] is ACCEPTED and ADOPTED**. This case is **DISMISSED without prejudice** to Scott's ability to file his claims in a new, separate case with a completed application to proceed *in forma pauperis* or the $400 filing fee. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

DATED: December 19, 2017.

_____
U.S. District Judge Jennifer A. Dorsey

---

[5] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).